IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON__ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

1st Copy

Robert A. Broady
GDC 429340

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

Warden: Doug Williams
Dep. Warden: Tina Sanders

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO. 5:13-CV-401

RECEIVED
CLERK'S OFFICE
2013 OCT 18 AM 8:34
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

## I. GENERAL INFORMATION

1. Your full name and prison number __Robert Alvin Broady, 429340__
2. Name and location of prison where you are now confined __Dodge St. Prison P.O. Box 276 Chester, GA. 31012__
3. Sentence you are now serving (how long?) __13 years__
   (a) What were you convicted of? __Aggravated Assault & Theft by Shoplifting (Felony)__
   (b) Name and location of court which imposed sentence __Houston Co. Perry GA.__
   (c) When was sentence imposed? __Jan. 2013 Credit for 2-17-2012__
   (d) Did you appeal your sentence and/or conviction?   ☐ Yes   ☑ No
   (e) What was the result of your appeal? __No Appeal__
   (f) Approximate date your sentence will be completed __2-17-2025__

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☑ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): Do Not Apply

       Defendant(s): Do Not Apply

   (b) Name of Court: Do Not Apply
   (c) Docket Number: N/A   When did you file this lawsuit?
   (d) Name of judge assigned to case: Do Not Apply
   (e) Is this case still pending  ☐ Yes   ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       Do Not Apply

## III. PRESENT CONFINEMENT

6. Where are you now confined? Dodge St. Prison Chester GA 31012
   (a) How long have you been at this institution? 15 mos.
   (b) Does this institution have a grievance procedure?   ☑ Yes   ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:
       (1) Did you present your complaint(s) herein to the institution as a grievance?
           ☑ Yes   ☐ No
       (2) What was the result? Always denied or the use of some type measure to get around the matter by the Warden.
   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
       On or about 5-9-13 I filed a grievance and also met with Chief Counselor Tuyua and received the denied grievance.

7. In what other institutions have you been confined? Give dates of entry and exit.

WARE St. Prison, Muscogee Co. Prison
Calhoun St. Prison  2008 to 2011

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Robert Alvin Broady, Dodge St. Prison, P.O. Box 276, Chester, GA. 31012  My GDC # is 429340

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Warden: Doug Williams
Dep. Warden: Tina Sanders

The Above Are employed At Dodge St. Prison, Chester, GA. 31012

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? Dodge St. Prison, Chester, GA. 31012

When do you allege this incident took place? On or About 5-2-13 & 5-16-13

What happened? On or About 5-2-13 At Dodge St. Prison After Muslim "TaLeem" services outside on the walk-way, several Muslim inmates & 1 Non-Muslim inmate got involved in an altercation. Since then the Warden & Deputy Warden has not allowed Muslims, people of the "Islamic Faith," have their "TaLeem" services & the Warden Doug Williams has stated that Muslims are not required but 1 service in which is Jumah prayer services on Friday's. Thus: Christian's Are Allowed services on Sunday's, tuesday's & Thursday's And also, Christian video's on Saturday Nights. Also muslims have been denied the wearing of a beard in which is the practice & Sunnah, Legal ways of Prophet Muhammad, to whom muslim practice their faith. After, Also; Monies that Are Allocated to the Chaplain Department here At Dodge St. Prison to be disperced on Religious Material, etc. Are not being equally shared or spent toward muslim and the Islamic Faith but only towards Christian faith. "TaLeem" is An integral Part of the Muslim faith because it enables muslims to teach new converts the Islamic ways of Life & beliefs & practices.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Robert Alvin Brody GDC# 429340
Glenn Robenson 1001096622
Vinknoca Owens #81051
each person is muslim and know these problems exist
above are all at Dodge St. Prison, Chester, GA. 31012

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I want the the Court, to rule that descrimination against any religion is unconstitutional and muslims be allowed to have taleem services also Jumah services + muslim video's as Christian's are allowed to do. give the muslims the right to wear a beard & also to issue an order that all religions must be treated fairly in finance dealings.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 15 day of October, 20 13.

Robert A. Brody
PLAINTIFF